UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 06-366-m-01 |
| ) | |
| ANDRE L. RANDLE ) | |

**NOTICE OF APPEARANCE**

_____Will the Clerk of the Court please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: August 16, 2006

                                            Respectfully submitted,

                                            _____/s/_____
                                            Joseph R. Conte, Bar #366827
                                            400 Seventh St., N.W., #400
                                            Washington, D.C. 20004
                                            Phone:     202.638.4100
                                            Fax:       202.628.0249
                                            E-mail      jrc1113@msn.com

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the forgoing was served by ECF to Assistant U.S. Attorney Bryan Roslund this 16th day of August, 2006.

_____
Joseph R. Conte