**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA             )
                                      )
                                      )
                                      )
            v.                        ) Case No. 06-246 (HHK)
                                      )
                                      )
                                      )
ANDRE L. RANDLE                       )
                                      )
_____)


**MOTION TO WITHDRAW AS COUNSEL**


_____COMES NOW counsel for the defendant, Joseph R. Conte, 400 Seventh Street, N.W.,

Suite 400, Washington, D.C. 20004 to respectfully request leave of this Honorable Court to

withdraw as counsel.  As grounds for this motion counsel would state:

    1.  Undersigned counsel was appointed under the Criminal Justice Act.

    2.  The defendant has retained counsel in this matter to represent him at future

proceedings.

    WHEREFORE counsel respectfully requests that this motion be granted.


Dated: August 21, 2006


1

Respectfully submitted,


_____/s/_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
Phone:        202.638.4100
Fax:          202.628.0249
E-mail        jrc1113@msn.com




**CERTIFICATE OF SERVICE**

_____I HEREBY CERTIFY that a copy of the forgoing was served by ECF to Assistant

U.S. Attorney Bryan Roslund this 21st day of August, 2006.




_____/s/_____
Joseph R. Conte

2