UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 06-246 (HHK) |
| ) | |
| ANDRE L. RANDLE ) | |

**O R D E R**

_____ This matter is before the court on the defendant's Motion to Withdraw As Counsel and the court having considered the motion it is this _____ day of _____, 2006,

**ORDERED** that the motion should be and hereby is **GRANTED.**

_____
Henry H. Kennedy, Jr.

Copies to:

Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for the defendant

Mr. Bryan Roslund, Esquire
Asst.  U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20004