UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Case No.:2006-CR-0246(HHK) |
| | : | |
| | : | Status Hearing: 12/15/06 |
| **ANDRE L. RANDLE** | : | |

## MOTION TO WITHDRAW AS COUNSEL,

Under signed counsel hereby moves this Honorable Court to allow counsel to withdraw from representation of Defendant, Andre Randle, in this above captioned matter.

In Support of this motion counsel states:

Undersigned counsel entered his appearance on behalf of Mr. Randle on 08/21/06.

Since that time there has arisen irreconcilable difference between counsel and the defendant, which preclude counsel from adequately representing the defendant further in this matter. Details as to the nature of this conflict can be provided ex-parte to the Court should that be necessary.

This motion and the reasons for it have been explained to Mr. Randle, and he concurs in the filing of this motion and the request for relief.

**WHEREFORE**, for these and any other reasons as may appear to the Court at a hearing on this motion, counsel respectfully requests that the Court allow counsel to withdraw from further representation of the Defendant, Andre Randle.

Respectfully Submitted,

_____
Jon W. Norris (Bar # 426105)
LAW OFFICES OF JON NORRIS
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695
(202) 842-2627fax