## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Case No.:2006-CR-0246(HHK) |
| | : | |
| | : | Status Hearing: 12/15/06 |
| **ANDRE L. RANDLE** | : | |

## **ORDER**

Upon the defense counsel's motion to withdraw, it is hereby **ORDERED** on this _____ day of December, 2006; that said Motion is **GRANTED** and Attorney Jon W. Norris is allowed to withdraw as counsel of record in the above captioned case.

_____
The Honorable Henry H. Kennedy, Jr.