NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  06-246

Andre Randle
(Defendant)

**FILED**

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA     [ ] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kenneth D. Auerbach          370469
(Attorney & Bar ID Number)

Law Offices of Kenneth D. Auerbach
(Firm Name)

8720 Georgia Avenue, Suite 704
(Street Address)

Silver Spring, Maryland 20910
(City)          (State)          (Zip)

301-585-5566
(Telephone Number)