UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE L. RANDLE,<br><br>Defendant. | Criminal 06-0246 (HHK) |

## ORDER

Before the court is defendant Andre L. Randle's "Motion to Reconsider Conditions of Pretrial Detention" [#18]. Upon review of the motion, the opposition thereto, and the record in this case, the court concludes that the motion should be denied for the reasons stated by the Government in its opposition filed on April 26, 2006.

Accordingly, it is this 27th of April, 2007, hereby

**ORDERED** that defendant's "Motion to Reconsider Conditions of Pretrial Detention" [#18] is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge