# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 06-246-02 (HHK)** |
| | **:** | |
| **ANDRE L. RANDLE,** | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment, without prejudice, against defendant Andre L. Randle, and to release the defendant from any release conditions resulting from the charges in the above-captioned matter.

## Conclusion

**WHEREFORE** we respectfully request that the government's Motion to Dismiss without prejudice be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:    _____
ANTHONY SCARPELLI
Assistant United States Attorney

1

## **Certificate of Service**

I hereby certify that a copy of the foregoing Government's Motion to Dismiss indictment without prejudice and proposed Order was served by Electronic Court Filing, upon counsel for the defendant, Kenneth D. Auerbach, Esquire this 21st day of August, 2007.

_____

ANTHONY SCARPELLI
Assistant United States Attorney
D.C. Bar No. 474-711
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 353-1679