UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | Criminal No. 06-246-02 (HHK) |
| : | |
| **ANDRE L. RANDLE,** : | |
| Defendant.  : | |

# ORDER

Upon consideration of government's Motion to Dismiss the Indictment Without Prejudice in this matter pending against defendant Andre L. Randle, after a consideration of Rule 48(a) of the Federal Rules of Criminal Procedure and the entire record in this matter, it is this _____ day of August, 2007,

**ORDERED** that charges pending against Andre L. Randle in the above-captioned matter be, and hereby are, dismissed without prejudice.  It is

**FURTHER ORDERED** that Andre L. Randle is hereby released from custody in this matter.

_____
HENRY H. KENNEDY
United States District Judge

Copies to:

Anthony Scarpelli
Assistant United States Attorney
555 Fourth Street, N.W. Room 4816
Washington, D.C. 20530

Kenneth D. Auerbach, Esquire
Metropolitan Building
Suite 704
8720 Georgia Avenue
Silver Spring, Maryland 20910